IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PAUL A. CLARK,

Petitioner,

vs.

ROB JEFFREYS, NDCS Director;

Respondent.

**4:23CV3118**

**MEMORANDUM AND ORDER**

This matter is before the Court on Petitioner's motion for extension dated May 31, 2026, and filed on June 11, 2026. Filing No. 20. For the reasons that follow, the Court will grant Petitioner's motion.

Petitioner requests an extension of time to file his brief in response to Respondent's answer and brief and in support of Petitioner's actual innocence claim. Petitioner's brief was originally due on April 30, 2026, but he states he did not file by the deadline for several reasons, including his transfer from the Tecumseh State Correctional Institution ("TSCI") to solitary housing at the Nebraska State Penitentiary ("NSP") for 30 days; his subsequent transfer to the Reception and Treatment Center ("RTC"); complete "blocking of access to his legal papers and resources" during these transfers; and the prison's withholding of his legal exhibits needed for his brief. Filing No. 20 at 1. Petitioner further states that he was only able to start working on his habeas case after receiving the Court's May 19, 2026, Memorandum and Order, Filing No. 18, granting Respondent's request to file a response to Petitioner's actual innocence arguments by June 18, 2026. Respondent filed his brief on June 2, 2026.

Filing No. 19. On August 13, 2026, the Court received and docketed Petitioner's brief in response to Respondent's brief. Filing No. 21.

Upon consideration and for good cause shown, the Court will grant Petitioner's motion for extension and will extend Petitioner's brief deadline to August 13, 2026, to coincide with the filing of his brief. In light of the Court's ruling and in accordance with the Court's progression order, Filing No. 8, Respondent shall have 30 days to file a supplemental reply brief to address the arguments raised by Petitioner in his brief, Filing No. 21.

IT IS THEREFORE ORDERED that:

1. Petitioner's motion for extension, Filing No. 20, is granted in accordance with this Memorandum and Order, and Petitioner's brief filed on August 13, 2026 is deemed timely.

2. Respondent shall have until September 16, 2026, to file and serve a supplemental reply brief. In the event that Respondent elects not to file a supplemental reply brief, he should inform the Court by filing a notice stating that he will not file a reply brief and that the merits of the petition are therefore fully submitted for decision.

3. The Clerk of Court is directed to set a pro se case management deadline using the following text: **September 16, 2026**: deadline for Respondent's supplemental reply brief.

Dated this 17th day of August, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge